

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00365-CV

MARCUS B. PATTERSON, INDIVIDUALLY, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF DIANE PATTERSON, AND AS NEXT FRIEND OF DANAE PATTERSON AND DANIEL PATTERSON, AS ASSIGNEES OF BREWER LEASING, INC., Appellant

V.

HOME STATE COUNTY MUTUAL INSURANCE COMPANY, Appellee

Appeal from the 334th District Court of Harris County.   (Tr. Ct. No. 1035479).

**TO THE 334TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 24th day of April 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on January 24, 2012.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Marcus B. Patterson, Individually, as Independent Administrator of the Estate of Diane Patterson, and as Next Friend of Danae Patterson and Daniel Patterson, as Assignees of Brewer

Leasing, Inc., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 24, 2014.

Panel consists of Justices Jennings, Brown, and Huddle. Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

